UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BARRY PAUL A COLE #129567** | **CASE NO.  2:20-CV-01597 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DUSTIN LOCKE ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 5] of the Magistrate Judge, recommending that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim on which relief can be granted. No party has filed an objection to the report and recommendation, and their time for doing so has passed. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 5] be **ADOPTED** and that this matter be **DISMISSED WITH PREJUDICE**. The clerk is directed to send a copy of this judgment to the Keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers on this 28th day of April, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE